FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-2266
_____

TIYARI R. HOGAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


November 13, 2025

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

LEWIS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tiyari R. Hogan, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.